UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMES DAVIDSON, EOI SERVICE COMPANY, INC. and DOES 1 THROUGH 10, inclusive <br><br> Defendants. | SA CV 08-890 AHS (MLGx) <br><br> ORDER TO SHOW CAUSE RE DISMISSAL WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION RETURNABLE NO LATER THAN SEPTEMBER 19, 2008 |

**I.**

**PROCEDURAL HISTORY**

Plaintiff American General Life Insurance Company ("plaintiff") filed the complaint on August 8, 2008, against Defendants James Davidson, EOI Service Company, Inc., and Does 1 through 10, inclusive (collectively, the "defendants").

**II.**

**DIVERSITY JURISDICTION**

This District's Local Rule 8-1 provides that "[t]he statutory or other basis for the exercise of jurisdiction by this

Court shall be plainly stated in the first paragraph of any document invoking this Court's jurisdiction." The complaint attempts to establish jurisdiction by asserting diversity of citizenship. The complaint does not include facts sufficient to show that jurisdiction is proper. See 28 U.S.C. § 1332(a)(1).

When citizens of different states are parties and there is more than $75,000 in controversy, diversity jurisdiction exists. 28 U.S.C. § 1332(a)(1). For diversity to be proper, all of the plaintiffs must have citizenship different than all of the defendants. Pullman v. Jenkins, 305 U.S. 534, 541, 59 S. Ct. 347, 83 L. Ed. 334 (1939). For diversity purposes, corporations have dual citizenship: the state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1).

Here, the complaint does not identify where defendant EOI Service Company, Inc., is incorporated and where it has principal place of business. Having received no proof of EOI Service Company's citizenship, at this time, the Court cannot determine whether the parties are completely diverse.

### III.

### CONCLUSION

The Court therefore orders plaintiff to show cause in writing no later than September 19, 2008 why the Court should not dismiss this action for lack of subject matter jurisdiction. Defendants may respond to plaintiff's submission by filing a written response no later than September 25, 2008. No oral

//

//

```
 1  argument on this matter will be heard unless otherwise ordered by
 2  the Court.
 3          IT IS SO ORDERED.
 4          IT IS FURTHER ORDERED that the clerk shall serve a copy
 5  of this Order on counsel for all parties in this action.
 6          DATED:  September 9, 2008.
 7
 8                                  _____
                                        ALICEMARIE H. STOTLER
 9                                      ALICEMARIE H. STOTLER
                                       CHIEF U.S. DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```