```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION


                       CIVIL MINUTES - GENERAL

Case No.:  SA CV 08-890 AHS (MLGx)              Date:  June 10, 2010

Title:     American General Life Insurance Company v. James
           Davidson, et al.
==================================================================
PRESENT:   HON. ALICEMARIE H. STOTLER, JUDGE (IN CHAMBERS)

           Ellen Matheson                          Not Present
           Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT: None

PROCEEDINGS:   ORDER TO SHOW CAUSE WHY DEFENDANT'S AND
               COUNTERCLAIMANT'S ANSWER AND COUNTERCLAIM SHOULD
               NOT BE STRICKEN AND DEFAULT JUDGMENT ENTERED IN
               FAVOR OF PLAINTIFF FOR FAILURE TO COMPLY WITH THE
               COURT'S ORDER GOVERNING PRETRIAL PROCEEDINGS (DOC.
               NO. 24) AND LOCAL RULE 16
```

        The parties' Final Pretrial Conference is scheduled for June 28, 2010, at 2:00 p.m.  Defendant and counterclaimant EOI Service Company, Inc. ("defendant") failed to file and serve its Memorandum of Contentions of Fact and Law and Witness List by June 7, 2010, as required by this Court's February 5, 2009 order (Doc. No. 24) and Local Rules 16-4 and 16-5.

        Defendant is ordered to show cause in writing no later than June 16, 2010 why defendant's answer and counterclaim should not be stricken and default judgment entered in favor of plaintiff.

        The Clerk shall serve this minute order on all counsel in this action.

```
MINUTES FORM 11                        INITIALS OF DEPUTY CLERK dr
CIVIL - GEN     MPK          D - M
O:\ECF Ready\American Gen'l Life Ins v. Davidson, SACV 08-890 - OSC re Rule 16 docs.wpd
```